Lucynda Carpenter, Appellant, v William Smith, Respondent. [595 NYS2d 710] —Order unanimously affirmed without costs. Memorandum: Plaintiff-tenant contends that Supreme Court erred in dismissing her cause of action for personal injuries sustained as a result of defendant-landlord's violation of Real Property Law § 235-b (warranty of habitability). We disagree. Real Property Law § 235-b does not create a new cause of action in strict tort liability that permits a tenant to recover damages for personal injuries resulting from a breach of that warranty *(see, Curry v New York City Hous. Auth.,* 77 AD2d 534; *Pezzolanella v Galloway,* 132 Misc 2d 429; *Malhmann v Yelverton,* 109 Misc 2d 127; *Segal v Justice Ct. Mut. Hous. Coop.,* 105 Misc 2d 453, *affd* 108 Misc 2d 1074; *see generally, Couri v Westchester Country Club,* 186 AD2d 712; *Halkedis v Two E. End Ave. Apt. Corp.,* 161 AD2d 281, *lv denied* 76 NY2d 711; *40 Eastco v Fischman,* 155 AD2d 231, *lv denied* 75 NY2d 708). (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.—Dismiss Cause of Action.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.